

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 0 7 2023

KEVIN P. WEIMER, Clerk
By· *[signature]*
Deputy Clerk

]IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

  *v.*

DONELL GLOVER AND
FREDERICK ROGERS

Criminal Indictment

No. &:23 CR-354

THE GRAND JURY CHARGES THAT:

## Count One

### *Conspiracy to make false written statements to licensed dealers of firearms*

Beginning on a date unknown, but at least by on or about September 23, 2020, and continuing until on or about July 14, 2021, in the Northern District of Georgia and elsewhere, the defendants, DONELL GLOVER and FREDERICK ROGERS, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other to violate Title 18, United States Code, Section 922(a)(6), that is, to knowingly make false and fictitious written statements to licensed dealers of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statements were intended and likely to deceive such dealers, in connection with the acquisition of firearms, as to facts material to the lawfulness of the sale of said firearms.

### Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, DONELL GLOVER and FREDERICK ROGERS, committed, and caused to be committed, at least one of the following overt acts:

1.  On or about September 24, 2020, defendant ROGERS traveled from New Jersey to Atlanta, Georgia.  On or about September 24, 2020, defendant GLOVER purchased two semi-automatic pistols from a federally licensed firearms dealer in McDonough, Georgia.  On or about September 26, 2020, defendant GLOVER purchased a semi-automatic pistol from a federally licensed firearms dealer in Jonesboro, Georgia.  On or about September 27, 2020, defendant ROGERS left Atlanta, Georgia and went to New York.

2.  On or about November 14, 2020, defendant GLOVER purchased eight semi-automatic pistols from a federally licensed firearms dealer in Clarksville, Georgia.  On or about November 14, 2020, defendant GLOVER purchased two semi-automatic pistols from a federally licensed firearms dealer in Jonesboro, Georgia.  On or about November 14, 2020, defendant GLOVER and defendant ROGERS transferred money between each other on Cash App.

3.  On or about November 27, 2020, defendant ROGERS traveled from New York to Atlanta, Georgia.  On or about November 28, 2020, defendant GLOVER purchased two semi-automatic pistols from a federally licensed firearms dealer in Lawrenceville, Georgia.  On or about November 28, 2020, defendant GLOVER purchased six semi-automatic pistols from a federally licensed firearms dealer in Dalton, Georgia.  On or about November 29, 2020, defendant GLOVER purchased three semi-automatic pistols from a federally licensed firearms dealer in Dalton, Georgia.  On or about November 29, 2020, defendant GLOVER purchased two revolvers from a federally licensed firearms dealer in Lawrenceville, Georgia.  On or about November 27, 2020 and

November 28, 2020, defendant ROGERS paid money to defendant GLOVER on Cash App.  On or about November 29, 2020, defendant ROGERS left Atlanta, Georgia and returned to New York.

4.  On or about January 15, 2021, defendant ROGERS traveled from New York to Atlanta, Georgia.  On or about January 16, 2021, defendant GLOVER purchased six semi-automatic pistols from a federally licensed firearms dealer in Atlanta, Georgia.  On or about January 16, 2021, defendant ROGERS paid defendant GLOVER money on Cash App.  On or about January 17, 2021, defendant ROGERS left Atlanta, Georgia and returned to New York.

5.  On or about May 5, 2021, defendant GLOVER purchased one semi-automatic pistol from a federally licensed firearms dealer in McDonough, Georgia.  On or about May 5, 2021, defendant ROGERS paid defendant GLOVER money on Cash App.

6.  On or about May 22, 2021, defendant ROGERS traveled from New York to Atlanta, Georgia.  On or about May 22, 2021, defendant GLOVER purchased one semi-automatic pistol from a federally licensed firearms dealer in Smyrna, Georgia.  On or about May 22, 2021, defendant ROGERS paid defendant GLOVER money on Cash App.  On or about May 23, 2021, defendant ROGERS left Atlanta, Georgia and returned to New York.

All in violation of Title 18, United States Code, Section 371.

## Count Two

### *Knowingly making false written statements to licensed dealers of firearms*

On or about September 24, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Taurus semi-automatic pistol | 856 | .38 |
| ATI semi-automatic pistol | Milsport | 5.56 |

did knowingly make a false and fictitious written statement to Amchar Georgia a/k/a Amchar Georgia Range, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Amchar Georgia a/k/a Amchar Georgia Range, as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Three

### *Knowingly making false written statements to licensed dealers of firearms*

On or about September 26, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted

4

by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Glock semi-automatic pistol | 19GEN5 | 9mm |

did knowingly make a false and fictitious written statement to Arrowhead Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Arrowhead Pawn Shop, as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Four

### *Knowingly making false written statements to licensed dealers of firearms*

On or about November 14, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Glock semi-automatic pistol | 42 | .380 |
| Ruger semi-automatic pistol | EC9S | 9mm |
| Ruger semi-automatic pistol | Security 9 | 9mm |
| Smith & Wesson semi-automatic pistol | SD40 | .40 |

5

| Taurus semi-automatic pistol | GC3 | 9mm |
| HS Produkt (Springfield) semi-automatic pistol | XD9 | 9mm |
| Beretta semi-automatic pistol | APX | 9mm |
| Taurus semi-automatic pistol | G2C | 9mm |

did knowingly make a false and fictitious written statement to Red Dawn Outfitters, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Red Dawn Outfitters as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Five

*Knowingly making false written statements to licensed dealers of firearms*

On or about November 14, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
| --- | --- | --- |
| Glock semi-automatic pistol | 19GEN5 | 9mm |
| Glock semi-automatic pistol | 26GEN4 | 9mm |

did knowingly make a false and fictitious written statement to Arrowhead Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Arrowhead Pawn Shop, as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Six

### *Knowingly making false written statements to licensed dealers of firearms*

On or about November 28, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Taurus semi-automatic pistol | G3C | 9mm |
| Taurus semi-automatic pistol | Spectrum | .380 |

did knowingly make a false and fictitious written statement to We AR Arming America LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive We AR Arming America LLC as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as

7

defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Seven

### *Knowingly making false written statements to licensed dealers of firearms*

On or about November 28, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Taurus semi-automatic pistol | G3C | 9mm |
| Girsan semi-automatic pistol | MC28SA | 9mm |
| Glock semi-automatic pistol | 43 | 9mm |
| Glock semi-automatic pistol | 43 | 9mm |
| Glock semi-automatic pistol | 44 | .22 |
| Glock semi-automatic pistol | 43 | 9mm |

did knowingly make a false and fictitious written statement to Unks Guns a/k/a Ricky Chester Kipfmiller, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Unks Guns a/k/a Ricky Chester Kipfmiller, as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was

8

the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Eight

*Knowingly making false written statements to licensed dealers of firearms*

On or about November 29, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Glock semi-automatic pistol | 23GEN5 | .40 |
| Ruger semi-automatic pistol | Security 9 | 9mm |
| SDS Imports (Tisas) semi-automatic pistol | 1911A1 | .45 |

did knowingly make a false and fictitious written statement to Unks Guns a/k/a Ricky Chester Kipfmiller, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Unks Guns a/k/a Ricky Chester Kipfmiller, as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

9

## Count Nine

### *Knowingly making false written statements to licensed dealers of firearms*

On or about November 29, 2020, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Charter Arms revolver | N/A | .38 |
| Charter Arms revolver | N/A | .38 |

did knowingly make a false and fictitious written statement to Wise Guys Guns a/k/a Omega Cartridge Company LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Wise Guys Guns a/k/a Omega Cartridge Company LLC as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Ten

### *Knowingly making false written statements to licensed dealers of firearms*

On or about January 16, 2021, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted

by each other, in connection with the acquisition of at least one of the following
firearms listed below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Glock semi-automatic pistol | 43 | 9mm |
| Glock semi-automatic pistol | 17GEN5 | 9mm |
| SCCY semi-automatic pistol | CPX-2 RD | 9mm |
| SCCY semi-automatic pistol | CPX-2 RD | 9mm |
| SCCY semi-automatic pistol | CPX-2 RD | 9mm |
| SCCY semi-automatic pistol | CPX-2 CBRD | 9mm |

did knowingly make a false and fictitious written statement to Unks Guns a/k/a

Ricky Chester Kipfmiller, a licensed dealer of firearms within the meaning of

Chapter 44 of Title 18 of the United States Code, which statement was intended

and likely to deceive Unks Guns a/k/a Ricky Chester Kipfmiller, as to a fact

material to the lawfulness of the sale of the aforementioned firearm(s), in that

defendant GLOVER falsely represented that he was the actual buyer of the

firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was

the actual buyer of the firearm(s), all in violation of Title 18, United States Code,

Sections 922(a)(6) and 924(a)(2), and Section 2.

### Count Eleven

*Knowingly making false written statements to licensed dealers of firearms*

On or about May 5, 2021, in the Northern District of Georgia, the defendants,

DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other,

in connection with the acquisition of at least one of the following firearms listed

below, that is,

11

| Firearm | Model | Caliber |
|---|---|---|
| Glock semi-automatic pistol | 30 SF | .45 |

did knowingly make a false and fictitious written statement to Amchar Georgia
a/k/a Amchar Georgia Range, a licensed dealer of firearms within the meaning
of Chapter 44 of Title 18 of the United States Code, which statement was
intended and likely to deceive Amchar Georgia a/k/a Amchar Georgia Range,
as to a fact material to the lawfulness of the sale of the aforementioned firearm(s),
in that defendant GLOVER falsely represented that he was the actual buyer of
the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS
was the actual buyer of the firearm(s), all in violation of Title 18, United States
Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

### Count Twelve

*Knowingly making false written statements to licensed dealers of firearms*

On or about May 22, 2021, in the Northern District of Georgia, the defendants,
DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other,
in connection with the acquisition of at least one of the following firearms listed
below, that is,

| Firearm | Model | Caliber |
|---|---|---|
| Glock semi-automatic pistol | 45 | 9mm |

did knowingly make a false and fictitious written statement to Adventure
Outdoors, a licensed dealer of firearms within the meaning of Chapter 44 of Title
18 of the United States Code, which statement was intended and likely to deceive
Adventure Outdoors, as to a fact material to the lawfulness of the sale of the

12

aforementioned firearm(s), in that defendant GLOVER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant GLOVER knew, defendant ROGERS was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

### Count Thirteen through Count Twenty-Three

*Unlawful transfer of firearms to an out-of-state resident*

On or about the dates listed below, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, did knowingly engage in the unlawful transfer of a firearm, in that defendant GLOVER, not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, did knowingly and willfully transfer, sell, transport, and deliver at least one of the following firearms listed in each count below, that is,

| Count | On or About | Firearm | Model | Caliber |
|---|---|---|---|---|
| 13 | September 24, 2020 | Taurus semi-automatic pistol | 856 | 38 |
| | | ATI semi-automatic pistol | Milsport | 5.56 |
| 14 | September 26, 2020 | Glock semi-automatic pistol | 19GEN5 | 9mm |

| 15 | November 14, 2020 | Glock semi-automatic pistol | 42 | .380 |
| | | Ruger semi-automatic pistol | EC9S | 9mm |
| | | Ruger semi-automatic pistol | Security 9 | 9mm |
| | | Smith & Wesson semi-automatic pistol | SD40 | .40 |
| | | Taurus semi-automatic pistol | GC3 | 9mm |
| | | HS Produkt (Springfield) semi-automatic pistol | XD9 | 9mm |
| | | Beretta semi-automatic pistol | APX | 9mm |
| | | Taurus semi-automatic pistol | G2C | 9mm |
| 16 | November 14, 2020 | Glock semi-automatic pistol | 19GEN5 | 9mm |
| | | Glock semi-automatic pistol | 26GEN4 | 9mm |
| 17 | November 28, 2020 | Taurus semi-automatic pistol | G3C | 9mm |
| | | Taurus semi-automatic pistol | Spectrum | .380 |
| 18 | November 28, 2020 | Taurus semi-automatic pistol | G3C | 9mm |
| | | Girsan semi-automatic pistol | MC28SA | 9mm |
| | | Glock semi-automatic pistol | 43 | 9mm |
| | | Glock semi-automatic pistol | 43 | 9mm |
| | | Glock semi-automatic pistol | 44 | .22 |
| | | Glock semi-automatic pistol | 43 | 9mm |

| 19 | November 29, 2020 | Glock semi-automatic pistol | 23GEN5 | .40 |
| | | Ruger semi-automatic pistol | Security 9 | 9mm |
| | | SDS Imports (Tisas) semi-automatic pistol | 1911A1 | .45 |
| 20 | November 29, 2020 | Charter Arms revolver | N/A | .38 |
| | | Charter Arms revolver | N/A | .38 |
| 21 | January 16, 2021 | Glock semi-automatic pistol | 43 | 9mm |
| | | Glock semi-automatic pistol | 17GEN5 | 9mm |
| | | SCCY semi-automatic pistol | CPX-2 RD | 9mm |
| | | SCCY semi-automatic pistol | CPX-2 RD | 9mm |
| | | SCCY semi-automatic pistol | CPX-2 RD | 9mm |
| | | SCCY semi-automatic pistol | CPX-2 CBRD | 9mm |
| 22 | May 5, 2021 | Glock semi-automatic pistol | 30 SF | .45 |
| 23 | May 22, 2021 | Glock semi-automatic pistol | 45 | 9mm |

to defendant ROGERS, who was not a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowing, and having reasonable cause to believe, that defendant ROGERS did not then reside in the State of Georgia, the State in which defendant GLOVER was residing at the time of the aforesaid transfer, sale, transport, and delivery of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D), and Section 2.

**Count Twenty-Four through Count Thirty-Four**

*Unlawful sale or disposal of a firearm to a prohibited person*

On or about the dates listed below, in the Northern District of Georgia, the defendants, DONELL GLOVER and FREDERICK ROGERS, aided and abetted by each other, did knowingly engage in the unlawful sale and disposal of a firearm, in that defendant GLOVER knowingly sold and otherwise disposed of the following firearms,

| Count | On or About | Firearm | Model | Caliber |
|-------|-------------|---------|-------|---------|
| 24 | September 24, 2020 | Taurus semi-automatic pistol | 856 | .38 |
|    |                    | ATI semi-automatic pistol | Milsport | 5.56 |
| 25 | September 26, 2020 | Glock semi-automatic pistol | 19GEN5 | 9mm |
| 26 | November 14, 2020 | Glock semi-automatic pistol | 42 | .380 |
|    |                   | Ruger semi-automatic pistol | EC9S | 9mm |
|    |                   | Ruger semi-automatic pistol | Security 9 | 9mm |
|    |                   | Smith & Wesson semi-automatic pistol | SD40 | .40 |
|    |                   | Taurus semi-automatic pistol | GC3 | 9mm |
|    |                   | HS Produkt (Springfield) semi-automatic pistol | XD9 | 9mm |
|    |                   | Beretta semi-automatic pistol | APX | 9mm |
|    |                   | Taurus semi-automatic pistol | G2C | 9mm |

| 27 | November 14, 2020 | Glock semi-automatic pistol | 19GEN5 | 9mm |
| | | Glock semi-automatic pistol | 26GEN4 | 9mm |
| 28 | November 28, 2020 | Taurus semi-automatic pistol | G3C | 9mm |
| | | Taurus semi-automatic pistol | Spectrum | .380 |
| 29 | November 28, 2020 | Taurus semi-automatic pistol | G3C | 9mm |
| | | Girsan semi-automatic pistol | MC28SA | 9mm |
| | | Glock semi-automatic pistol | 43 | 9mm |
| | | Glock semi-automatic pistol | 43 | 9mm |
| | | Glock semi-automatic pistol | 44 | .22 |
| | | Glock semi-automatic pistol | 43 | 9mm |
| 30 | November 29, 2020 | Glock semi-automatic pistol | 23GEN5 | .40 |
| | | Ruger semi-automatic pistol | Security 9 | 9mm |
| | | SDS Imports (Tisas) semi-automatic pistol | 1911A1 | .45 |
| 31 | November 29, 2020 | Charter Arms revolver | N/A | .38 |
| | | Charter Arms revolver | N/A | .38 |

| 32 | January 16, 2021 | Glock semi-automatic pistol | 43 | 9mm |
|----|------------------|-----------------------------|----|-----|
|    |                  | Glock semi-automatic pistol | 17GEN5 | 9mm |
|    |                  | SCCY semi-automatic pistol | CPX-2 RD | 9mm |
|    |                  | SCCY semi-automatic pistol | CPX-2 RD | 9mm |
|    |                  | SCCY semi-automatic pistol | CPX-2 RD | 9mm |
|    |                  | SCCY semi-automatic pistol | CPX-2 CBRD | 9mm |
| 33 | May 5, 2021 | Glock semi-automatic pistol | 30 SF | .45 |
| 34 | May 22, 2021 | Glock semi-automatic pistol | 45 | 9mm |

to defendant ROGERS, knowing and having reasonable cause to believe that
defendant ROGERS had been convicted of a crime punishable by imprisonment
for a term exceeding one year, all in violation of Title 18, United States Code,
Sections 922(d)(1) and 924(a)(1)(D), and Section 2.

### Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One
through Thirty-Four of this Indictment, the defendants, DONELL GLOVER and
FREDERICK ROGERS, shall forfeit to the United States, pursuant to Title 18,
United States Code, Section 924(d), and Title 28, United States Code, Section
2461(c), all firearms and ammunition used or involved in the commission of the
offense(s).

If, as a result of any act or omission of the defendants, any property subject to
forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A _____ *True* _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Katherine I. Terry*
KATHERINE I. TERRY
*Assistant United States Attorney*
Georgia Bar No. 229887
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181